UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. NEWSOME,<br><br>                           Plaintiff,<br>      v.<br>SAN DIEGO COUNTY SUPERIOR COURT,<br><br>                          Defendant. | CASE NO. 16cv1631-WQH-JMA<br><br>ORDER |

HAYES, Judge:

    The matter before the Court is Petitioner's letter (ECF No. 6), which the Court construes as a Motion to Reconsider the June 30, 2016 Order (ECF No. 3).

    On June 24, 2016, Petitioner, a state prisoner proceeding pro se, submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, alleging that the restitution fine imposed following his conviction in San Diego County Superior Court Case No. CR108096 violates state and federal ex post facto principles because the fine was first imposed after he was retried following the reversal on appeal of his first trial.

    On June 30, 2016, the Court issued an Order dismissing the Petitioner for Writ of Habeas Corpus without prejudice. (ECF No. 3). The Court concluded that "[b]ecause Petitioner challenges only his restitution fine, this Court lacks jurisdiction over the Petition." *Id.* at 2. Citing to *Baily v. Hill*, 599 F.3d 976, 979-80 (9th Cir. 2010), the Court explained that a state prisoner, even one who is physically in custody, who presents a challenge to a restitution order does not allege that "he is in custody in violation of the Constitution or laws or treaties of the United States" as that term is

used in § 2254(a). The Court noted that Petitioner had already challenged the constitutionality of his conviction in San Diego Superior Court Case No. CR 10896 via a petitioner for writ of habeas corpus filed with this Court on August 1, 2005.

On July 15, 2016, Petitioner filed a letter asking that the Court reconsider its decision. The Court has reviewed the Petition for Writ of habeas Corpus and all of the related filings and concludes that the Court does not have jurisdiction in this action.

IT IS HEREBY ORDERED that Petitioner's Motion to Reconsider (ECF No. 6) is denied. The judgement in this case was entered on July 1, 2016. (ECF No. 4). Petitioner is cautioned that under the Federal Rule of Appellate Procedure 4(a)(1)(A), Petitioner has 30 days to file a notice of appeal.

DATED: 7/17/16

**WILLIAM Q. HAYES**
United States District Judge